RECEIVED

2005 DEC 30

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

__Tony Murray_____ )
Full name and prison number )
of plaintiff(s) 129256 )
 )
v. )  CIVIL ACTION NO. 2:05CV1240-F
 )  (To be supplied by Clerk of
__Ms. Velinda Weatherly, In__ )  U.S. District Court)
__Her Individual Capacity,__ )
_____ )
_____ )  **DEMAND FOR JURY TRIAL**
_____ )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.   PREVIOUS LAWSUITS
     A.  Have you begun other lawsuits in state or federal court
         dealing with the same or similar facts involved in this
         action?  YES (   )  NO (   )

     B.  Have you begun other lawsuits in state or federal court
         relating to your imprisonment?  YES (   )  NO (X)

     C.  If your answer to A or B is yes, describe each lawsuit
         in the space below.  (If there is more than one lawsuit,
         describe the additional lawsuits on another piece of
         paper, using the same outline.)

         1.  Parties to this previous lawsuit:

             Plaintiff(s) ___N/a_____

             Defendant(s) ___N/a_____

         2.  Court (if federal court, name the district; if
             state court, name the county) ___N/a_____

3. Docket number  N/a

4. Name of judge to whom case was assigned  N/a

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)  N/a

6. Approximate date of filing lawsuit  N/a

7. Approximate date of disposition  N/a

II. PLACE OF PRESENT CONFINEMENT  Easterling Correctional Facility 200 Wallace Dr. Clio, AL 36017-2615

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Alabama Board and Pardons of Parole 301 S. Ripley St. Mont. AL 36130

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

    NAME                                                ADDRESS

1. Ms. Velinda Weatherly, Board and Pardons of Paroles 301 S. Ripley St. Montgomery AL, 36130

2.

3.

4.

5.

6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  July 11, 2005

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  Defendant, Velinda Weatherly violated Plaintiff Tony Murray constitutional civil rights to a fair decision for parole.

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Defendant Velinda Weatherly violated Plaintiff Tony Murray constitutional civil right on July 10, 2005, Defendant was acting outside rules and regulations and acting outside of Code of Alabama 1975 Title 15, Defendant Weatherly denied Plaintiff Murray due process.

GROUND TWO: Defendant Weatherly violated Plaintiff under color of state and federal law and statutes etc.,

SUPPORTING FACTS: Defendant Weatherly used false grounds making statement that Plaintiff Murray ran the prison at West Jefferson, and the defendant used false statement that the prison guards was afraid of Plaintiff Murray, and defendant made false statement that guards was afraid to write Plaintiff any disciplinary these was false statements Defendant used to deny Plaintiff parole.

GROUND THREE: Defendant Weatherly denied and deprived Plaintiff of due process of law without probable cause.

SUPPORTING FACTS: Plaintiff Murray has a constitutional civil rights to received a fair decisions for parole, Defendant used bias and used erroneously and arbitrarily and capriciously discertinary, Defendant used statement that she known Plaintiff back in 1984 and 1987 when she was a classification specalist.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

PLAINTIFF REQUESTING FOR INJUNCTION AND INJUNCTIVE RELIEF FROM DEFENDANT FALSE STATEMENT AND ARBITRARLY AND CAPRICIOUSLY DECISIONS TO DENY PAROLE AND WARD PLAINTIFF A JURY TRIAL AND AWARD PLAINTIFF 200,000 DOLLARS, AND A RIGHT TO AMEND AND REMOVED THE DEFENDANT FROM OFFICE.

*Tony M. Murray*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on December 28th, 2005.
(Date)

*Tony M. Murray*
Signature of plaintiff(s)