**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Velinda Weatherly
Alabama Board of Pardons & Paroles
301 South Ripley Street
Montgomery, AL 35130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Cornell Long*   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): CORNEIL LONG
C. Date of Delivery: 1/27/06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

JAN 05 CV 1240
c & o          (40)

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 4643

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Greg Griffin
   Legal Counsel
   Alabama Board of Pardons & Parol
   301 South Ripley Street
   Montgomery, AL 35130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Cornell Long*     ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name): CORNELL LONG
C. Date of Delivery: 1/27/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

   2:05CV 1240-F
   JAN 27 2006
   (40)

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7005 1820 0002 3461 4667

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540