IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY MURRAY, #129 256 | * |
|     Plaintiff, | * |
|     v. | *    2:05-CV-1240-MEF |
| MS. VELINDA WEATHERLY | * |
|     Defendant. | * |

**O R D E R**

For good cause, it is

ORDERED that on or before March 16, 2006 Defendant Weatherly shall file an affidavit regarding her knowledge of the subject matter of the instant complaint and any evidentiary material she deems pertinent in relation thereto.

Done, this 2nd day of March 2006.

                                            **/s/ Delores R. Boyd**
                                            DELORES R. BOYD
                                            UNITED STATES MAGISTRATE JUDGE