# IN THE UNITED STATES DISTRICT
# COURT FOR THE MIDDLE OF ALABAMA

Tony Murray, AIS# 129256
Plaintiff,
Vs.
Ms. Velinda Weatherly, In
Her individual capacity

Civil Action No:
(To be supplied by Clerk Of
U.S. District Court)

## Affidavit

Before me, the undersigned authority, a notary public in and for said County and State Of Alabama. At large, witnesses had appeared, brothers, Ronald Murray and Amos Murray; two Sisters Elmyra Iknen and Belinda Hines; Mrs. Izola Murray; Tony Murray's mother, and Tony M. Murray Jr., and a friend, Therea Johnson, who being known to me and being by me first duly sworn deposes and said under oath: We are the above name witnesses that went before the State Of Alabama Board and Pardons Of Paroles on 07/11/2005, to support Mr. Tony Murray, AIS# 129256, a state prisoner at Easterling Corr. Facility, 200 Wallace Dr./ Clio, Al. 36017-2615.

Mr. Ronald Murray will witness what he stated at the parole hearing. First, Mr. Ronald Murray stated why he felt that Tony Murray should be granted paroles which were because of the new changes that he had made in his life and for other various reasons, which he is willing to testify in a court of law. Secondly, Tony Murray's fifteen year old son stated why his father was needed. He, (Tony Murray's son) stated to the Board members that his mother was deceased. Ms. Weatherly interrupted and, ask who is raising you, Tony Jr. said that his grand mother was. Mr. Williams' comments toward Tony Murray Jr. were that "she seems to be doing a good job" (A real smart opinion). Tony Murray Jr. continued saying that he needed his father in his life with his mother being deceased that leaves him without a parent but his grand mother. He also stated that he is attending Carver High high school and he is playing on a basketball team. With all that is going on in his adolescent years, he feels that it would be good to have his father there in his life, and besides he has witnessed a change in his father's life. Tony Murray Jr. gave numerous reasons for why he wanted his father to be with him in his life.

Board member, Ms. Weatherly all of suddenly interrupted Tony Murray Jr. stating "Let me tell you something, I know your father you don't know your father, he ran the prison. He had the wardens and everybody else afraid of him. The police guards were afraid to give Tony any disciplinary/or disciplinaries and that how bad your father was. Your father even killed a man while he was out on probation. No! You don't want to be with your father. Ms. Wheatherly said that "I knew your father back then when he was bad and I've always knew about your father. No you don't want to be with your father. Your father brought all this on himself." Tony Murray Jr. cried (he will give testimony in a Court Of Law). Tony Murray's Sr. sister spoke about her brother and before she could say anything Ms. Wheatherly said, "Oh! I know you too." She gave reason why she felt that her brother, Tony Murray should be paroled. Board member, Ms. Wheatherly used erroneously and arbitrarily reasons to deny a fair decision for Tony Murray to make parole. She was bias against Tony Murray's sister and son and bias against his family. She also used false reasons to deny his parole. Plaintiff, Murray was denied impartial by board member,
Ms. Wheatherly.

**Witnesses' signature and address**

*Ronald Murray*
Ronald Murray
Address: 4741 ave R. Ensley B/ham Ala. 35208

*Amos Murray*
Amos Murray
Address: 7741 Queenstown ave B'ham AL 35206

*Izola Murray*
Izola Murray
Address: 1101- 14th Pl S.W. B/ham, AL 35211

*Tony Murray Jr.*
Tony Murray Jr.
Address: 1309 21st N O #206 B'ham, AL 35234

*Ellmyra Ikner*
Ellmyra Iknew
Address: 7408 Queenstown av, Bham, Al. 35206

*Belinda Hines*
Belinda Hines
Address: 5056 Rich Dr. Pinson, AL. 35126

Therea Johnson *Theresa Johnson*
Address: 707 Center Way South B. ham, Al. 35205

State Of Alabama:
County of Jefferson
Sworn to and subscribed before me and given under my hand this day of Nov. 30, 2005

*Lila Jackson-Baldwin*
Notary Public

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES  Feb 26, 2007
BONDED THRU NOTARY PUBLIC UNDERWRITERS

3