IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| TONY MURRAY, #129 256 | * | |
|    Plaintiff, | * | |
| v. | * | 2:05-CV-1240-MEF |
| MS. VELINDA WEATHERLY | * | |
|    Defendant. | * | |

_____

**O R D E R**

Plaintiff filed this 42 U.S.C. § 1983 action on December 30, 2005. On January 24, 2006 the court entered an order of procedure which informed Plaintiff, among other things, that if moved to a different institution or was released, he must immediately inform the court and Defendant of his new address. The court recently ascertained that Plaintiff is no longer at the most recent address he provided to the court. This case cannot proceed if Plaintiff's whereabouts remain unknown to this court.

Accordingly, it is ORDERED that:

1. On or before June 15, 2006 Plaintiff shall SHOW CAUSE why this case should not be dismissed for his failure to comply with the orders of this court and his failure to adequately prosecute this action;

2 The Clerk SEND of a copy of this order to Plaintiff only at his last known mailing address; and

3. The Clerk is DIRECTED to stamp and/or type "DO NOT FORWARD" on the

front and back side of the envelope containing Plaintiff's copy of this order.

Plaintiff is specifically cautioned that if he fails to respond to this order the Magistrate Judge will recommend that this case be dismissed.

Done, this 6th day of June 2006.

                                        **/s/ Delores R. Boyd**
                                        DELORES R. BOYD
                                        UNITED STATES MAGISTRATE JUDGE