IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 JUN 19 A 10 35

TONY MURRAY,
  PLAINTIFF

vs.

VELINDA WEATHERLY,
  DEFENDANT,

CASE NO. 2:05-CV-1240-MEF

MOTION AND OBJECTION
PURSUANT TO THE MAGISTRATE JUDGE
ORDERED THAT:

1. ON OR BEFORE JUNE 15, 2006 PLAINTIFF Shall show cause why this case should not be dismissed for his failure to comply with the orders of this court and his failure to adequately prosecute this action, (DOC #: 10-1) DATED ON 06-06-06.

2. The objection from Plaintiff Murray, Plaintiff is at the same addressed:
TONY MURRAY #129256
  Easterling Correctional Facility
  200 Wallace Dr, Clio, AL 36017-2615

3. Plaintiff Murray, did filed this 42 U.S.C. 1983 action on December 30, 2005 (DOC #: 10-1)

1

Plaintiff Murray motion this Honorable Court to Reconsideration Plaintiff addressed that Plaintiff is still at the same addressed and this Honorable Court can proceed with Plaintiff (Case No. 2:05-CV-1240-MET).

The Plaintiff Murray received the following documents Doc#: 6-1; Doc#: 8-1; Doc#: 6-1 was Filed: 03-02-06 P. 1 of 1.

The Magistrate Judge did reviewed the Special Report and supporting evidentiary materials filed by Defendant Doc#: 5-7; and determined that Plaintiff must file a response in opposition to such pleading. The Magistrate Judge ordered that on or before March 27, 2006 Plaintiff shall file a response to the written report, Doc#: 6-1

Plaintiff filed his motion and opposition to Defendant Special Report on or about March 23, 2006, and served upon the Clerk of the United States District Court For The Middle District of Alabama Northern Division P.O. Box 711 Montgomery, AL 36101, and Plaintiff did served upon the Board and Paroles by mailing in both copies in Easterling Correctional Facility Post Office on or before March 23, 2006, Addressed:
Gregory O. Griffin, Sr. State Bar # ASB-4358-D63F Chief Counsel, and

2

ALABAMA BOARD OF PARDONS AND PAROLES POST OFFICE BOX 302405 301 S. UNION STREET MONTGOMERY, AL 36130

PLAINTIFF MAKE THIS MOTION AND REQUESTS THIS HONORABLE COURT TO GRANT HIM A EVIDENTIARY HEARING ON THE GROUNDS THAT THE DEFENDANT FAILS TO SUBMIT AFFIDAVIT, THE MAGISTRATE JUDGE order the defendant Weatherly before march 16, 2006 The defendant shall File an affidavit regarding her knowledge of the subject matter of the INSTANT COMPLAINT and any evidentiary material she deems PERTINENT in Relation Thereto. (Doc #: 6-1) 03-02-06 P, 1 of 1.

IF THIS HONORABLE COURT HAS NOT RECEIVE, THE PLAINTIFF MOTION AND OPPOSITION TO DEFENDANT SPECIAL REPORT. "PLEASE". PLAINTIFF REQUEST AND ASK THIS HONORABLE COURT TO GRANT TIME TO REANSWERED, THE DEFENDANT SPECIAL REPORT AGAIN.

*Tony M. Murray*
TONY MURRAY # 129256

CERTIFICATE OF SERVICE

I, hereby certify that I served upon the defendant attorney and served upon the District Court Clerk by placing in Easterling Correctional Facility Post Office Box on this day of 13 JUNE 2006 Properly Addressed:

   Clerk of the United States
   District Court P.O. Box 711 Montgomery
   AL. 36101-0711. AND

Mail to the defendant attorney Hon. Gregory O. Giffin Sr. State Bar # ASB-4358-D63F and Hon. Hugh Davis Deputy Attorney General State Bar # ASB 4358-D63F Alabama Board of Pardons and Paroles P.O. Office Box 302405 301 S. Union St. Montgomery AL. 36130

                                    Tony M. Murray
                                    Tony Murry # 129256