IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

TONY MURRAY, #129 256                *

    Plaintiff,                             *

    v.                                          *       2:05-CV-1240-MEF

MS. VELINDA WEATHERLY           *

    Defendant.                            *

_____

**ORDER ON MOTION**

For good cause, it is

ORDERED that the court's June 6, 2006 order to show cause (Doc. No. 10) is QUASHED.

The Clerk is DIRECTED to send Plaintiff a copy of Document Number 7.

It is further ORDERED that on or before June 29, 2006 Plaintiff may file any further response to Defendant's written report and supporting affidavit (Doc. Nos. 5, 7) in accordance with the terms and provisions contained in the court's order filed March 6, 2006 (Doc. No. 8.)

To the extent Plaintiff's June 19, 2006 pleading may be construed as a Motion for Hearing, and for good cause, it is

ORDERED that the motion (Doc. No. 11) be and is hereby DENIED.

Done, this 20th day of June 2006.

                                               **/s/ Delores R. Boyd**
                                               DELORES R. BOYD
                                               UNITED STATES MAGISTRATE JUDGE