IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| TONY MURRAY, #129 256 | * | |
| Plaintiff, | * | |
| v. | * | 2:05-CV-1240-MEF |
| MS. VELINDA WEATHERLY | * | |
| Defendant. | * | |

_____

**ORDER**

It has come to the court's attention that Plaintiff is no longer housed at the Easterling Correctional Facility, his last known address on file with the court. All parties have an affirmative duty to inform this court of any change of address during the pendency of their actions. The court provided notice of this requirement in its January 24, 2006 order of procedure. (Doc. No. 3.)

Absent any current or alternate address for the Plaintiff, the court concludes that he should be granted an opportunity to show cause why his complaint should not be dismissed for his failure to keep the court informed of his current address.

Accordingly, it is ORDERED that:

1.   Plaintiff SHOW CAUSE on or before October 31, 2006 why his complaint should not be dismissed for his failure to provide the court with his current address as directed by the court's January 24, 2005 order of procedure. Plaintiff is cautioned that his

failure to comply with this order will result in a Recommendation that his complaint be dismissed without prejudice; and

    2.    The Clerk of Court SEND a copy of this order to Plaintiff at his last known address at Easterling Correctional Facility, 200 Wallace Drive, Clio, Alabama 36017-2615.

Done, this 24th day of October 2006.

                              **/s/ Delores R. Boyd**
                              DELORES R. BOYD
                              UNITED STATES MAGISTRATE JUDGE