IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

TONY MURRAY, #129 256              *

      Plaintiff,                  *

      v.                          *              2:05-CV-1240-MEF

MS. VELINDA WEATHERLY             *

      Defendant.                  *

_____

**ORDER**

For good cause, it is

ORDERED that the Recommendation of the Magistrate Judge entered on November 8, 2006 be and is hereby VACATED.

Done, this 1st day of December 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE