IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TONY MURRAY, # 129256,  \*
  PLAINTIFF,             \*     2:05-CV-1240
Vs.                      \*          MEF
VELINDA WEATHERLY,       \*
  DEFENDANT.             \*
                         \*
                         \*

MOTION FOR EXTENSION OF TIME

Now Comes, Plaintiff, Tony Murray, and Filing in the aboved-styled United States District Court For The Middle District of Alabama Northern Division.

Plaintiff Filing This Motion For Extension of Time For The Following Reasons:

The Recommendation of The Magistrate Judge were dated 13Th, day of November, 2007, and on or about November, 14Th, 2007 The Magistrate Judge Recommendation were mailed.

1

Plaintiff Murray Received The ~~Rem~~ Recommandation on about November 17th, 2007. Therefore, Plaintiff does not have a enough time to proper response.

The Honorable Court Order Plaintiff Murray to File Objections to the Magistrate Judge Recommandation on or before November 21, 2007. Plaintiff has only (3) Three days to File his answer to the Magistrate Judge Recommandation. Plaintiff can not ~~receiv~~ Receive Access to Law Library until after 12:30 November 20, 2007, And May Not Be Able to ~~go~~ Go to Law Library, because Plaintiff dormitory have different time to go to Law Library. Plaintiff Murray quote Section 1983 case called Cruz v. Beto, 405 U.S. 319, 322 (1972), In that case, The court stated that a complaint ti should not be dismissed for failure to state a claim unless it appears beyond doubt that the Plaintiff can prove no set of facts in support of his claim which would entitle Plaintiff to relief." Plaintiff also quote Conley v. Gibson, 355 U.S. 41, 45-46 (1975).

The Supreme Court said that in considering a motion to dismiss a pro se complaint should be held to less strict standards than a motion drafted by a lawyer. Conley v. Gibson, (Supar)

Plaintiff Murray pray that this Honorable Court grant Plaintiff extension of time to file his response to Magistrate Judge recommandation that were filed on or about 13th day of November, 2007.

### CERTIFICATE OF SERVICE

I hereby certify that I served upon the Defendant Attorney by placing in Easterling Correctional Facility Post Office Box on this day of November 20, 2007, and proper addressed to Gregory O. Griffin Chief Counsel and Hugh Davis Deputy Attorny General State Bar # ASB-~~4358~~ 4358-D63F Alabama Board of Pardons and Paroles Post Office Box 302405 301 S. Union Street Montgomery, Alabama 36130

Tony M Murray #129256
Tony Murray, #129256
E.C.F. 200 Wallace Dr,
Clio, AL, 36017-2615

3

TONY MURRAY FF 129296
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

#D1-32-B

MONTGOMERY AL 361
26 NOV 2007 PM 2 L

OFFICE OF THE CLERK
UNITED STATES DISTRICT
COURT P.O. BOX 711
MONTGOMERY, AL, 36101-0711

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."