IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| TONY MURRAY, #129 256 | * | |
| Plaintiff, | * | |
| v. | * | 2:05-CV-1240-MEF |
| MS. VELINDA WEATHERLY | * | |
| Defendant. | * | |

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's Motion for Extension of Time. Plaintiff requests additional time to file objections to the Recommendation of the Magistrate Judge. Upon review of the motion, the court finds that Plaintiff's motion shall be granted.

Accordingly, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time to file Objections (*Doc. No. 18*) be and is hereby GRANTED;

2. Plaintiff is GRANTED an extension from November 21, 2007 to December 7, 2007 to file his objections to the November 13, 2007 Recommendation of the Magistrate Judge.

Done, this 28th day of November 2007.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE