IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY MURRAY, #129 256, )<br>)<br>   Plaintiff, )<br>  v. )<br>)<br>MS. VELINDA WEATHERLY, )<br>)<br>   Defendant. ) | CASE NO. 2:05-CV-1240-MEF<br>[WO] |

# **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on November 13, 2007 (Doc. #17), and upon an independent review of the file in this case, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. Defendant's motion for summary judgment (Doc. #5) is GRANTED;

2. Judgment is GRANTED in favor of Defendant and against Plaintiff;

3. This case is DISMISSED with prejudice; and,

4. The costs of this proceeding be taxed against Plaintiff for which execution may issue.

Done this the 11th day of December, 2007.

                                            /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE