IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TONY MURRAY, #129 256,               )
                                     )
        Plaintiff,                   )
    v.                               )      CASE NO. 2:05-CV-1240-MEF
                                     )              [WO]
MS. VELINDA WEATHERLY,               )
                                     )
        Defendant.                   )

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is the

ORDER, JUDGMENT, and DECREE of the court that judgment is entered in favor of the

defendant and against the plaintiff, and that this action is DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as

a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 11th day of December, 2007.


_____
    /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE